**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1499**

MACKENZIE ELAINE BROWN,

 Plaintiff - Appellant,

 v.

HENDERSON COUNTY SHERIFF'S OFFICE; ROBERT JORDAN WARREN, Sheriff Deputy with Henderson County Sheriff's Office - Patrol Division; MICHAEL SCOTT LINDSAY, Sheriff Deputy with Henderson County Sheriff's Office - Patrol Division; CRYSTAL D. LANDERS, Sheriff Deputy with Henderson County Sheriff's Office - Patrol Division; JOHNNY E. DUNCAN, JR., Henderson County Director of Technical Services/Public Information Officer; BRADLEY R. REECE, Animal Enforcement Officer with Henderson County Sheriff's Department; BRITTANY NICOLE MAYBIN, Detention Facility Officer with Henderson County Detention Facility; SUSAN N. OATES, Magistrate with North Carolina Administrative Office of the Courts; EMILY GREENE COWAN, District Court Judge with the North Carolina Consolidated Judicial Retirement System,

 Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:23-cv-00270-MR-WCM)

Submitted:  August 28, 2025                    Decided:  September 2, 2025

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Mackenzie Elaine Brown, Appellant Pro Se. Sean Francis Perrin, WOMBLE BOND DICKINSON (US) LLP, Charlotte, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mackenzie Elaine Brown seeks to appeal the district court's order adopting the magistrate judge's recommendation to dismiss some of the claims asserted in Brown's civil complaint while allowing some of Brown's claims to proceed. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Brown seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
